No. 86-1546.   CENTRAL MACHINERY CO. *v.* ARIZONA.   Sup. Ct. Ariz.   Motion of Ak-Chin Indian Community et al. for leave to file a brief as *amici curiae* granted.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion and this petition.